JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NASSANEY, an individual; | Case No. 2:20-cv-10297 MWF (MRWx) |
| Plaintiff, | **ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| TRAVELERS COMMERICAL INSURANCE COMPANY, a CORPORATION, and DOES 1 through 30, INCLUSIVE, | |
| Defendants. | |

Having considered the Stipulation to Dismiss the Entire Action with Prejudice filed by Plaintiff Scott Nassaney and Defendant Travelers Commercial Insurance Company, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice, and
2. Each Party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 28, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge
2

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE